LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
12 WILLIAMSBURG LANE
CHICO, CALIFORNIA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
E-Mail: esdceast@hubslaw.com

Attorneys for Plaintiff Damis O'Campo


REX DARRELL BERRY, SBN 110219
BRIAN CRONE, SBN 191731
BERRY & BLOCK LLP
2150 RIVER PLAZA DRIVE, SUITE 415
SACRAMENTO, CALIFORNIA 95833
Telephone: (916) 564-2000
Facsimile: (916) 564-2024
E-mail: bcrone@berryblock.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIS O'CAMPO, | Case No. 2:10-CV-00156-JAM-CMK |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| WALGREEN CO., dba WALGREENS #03877; SKYWAY/BILLE WG INVESTORS, LP, | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, DAMIS O'CAMPO, and defendants, WALGREEN CO., dba WALGREENS #03877; SKYWAY/BILLE WG INVESTORS, LP, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: June 7, 2010                           DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: June 7, 2010                           BERRY & BLOCK LLP

*/s/ Brian Crone*
REX DARRELL BERRY
BRIAN CRONE
Attorney for Defendants

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-CV-00156-JAM-CMK, is hereby dismissed with prejudice.

Dated: June 7, 2010                           /s/ John A. Mendez
                                              United States District Court Judge